AO 442 (Rev. 11/11) Arrest Warrant

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>ALAN SINGER<br>a.k.a. "El De La Moto"<br>*Defendant* | )<br>)  Case No. 25-CR-879 KG<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALAN SINGER ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846: Conspiracy (to commit 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance)
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi): Distribution of 400 Grams and More of Fentanyl
(N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);

Date: 04/24/2025

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/24/25 , and the person was arrested on *(date)* 5/1/25
at *(city and state)* ALBUQUERQUE NM .

Date: 5/1/25

*Arresting officer's signature*

TFO K. SCHWAGENBERG
*Printed name and title*