AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| United States of America | ) | |
| v. | ) | Case No. 25-CR-879 KG |
| | ) | |
| KAITLYN YOUNG | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    KAITLYN YOUNG ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846: Conspiracy (to commit 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance)
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi): Distribution of 400 Grams and More of Fentanyl
(N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide)

Date: 04/24/2025

*Issuing officer's signature*

City and state: Albuquerque, New Mexico    Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/25/25 , and the person was arrested on *(date)* 5/1/25
at *(city and state)* ALBUQUERQUE NM .

Date: 5/1/25

*Arresting officer's signature*

TFO K. SCHUAKENBERG
*Printed name and title*