**CLERK'S MINUTES**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen, United States Magistrate Judge

Detention Hearing

| Case Number: | 25-879 JB | UNITED STATES vs. ANESI | |
|---|---|---|---|
| Hearing Date: | 5/1/2025 | Time In and Out: | 3:39 pm – 4:30 pm & 4:39 pm – 5:10 pm & 5:12 pm – 5:20 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | David Anesi | Defendant's Counsel: | Diego Esquibel |
| AUSA: | Matthew McGinley | Pretrial/Probation: | A. Galaz/B. Manzanares |
| Interpreter: | | Witness: | |

**Proceedings**

USA- proffers; Court-responds; Esquibel-proffers release; Court-questions; Esquibel-responds; Court-finds that the burden has shifted back to the US; USA-proffers detention; Court-questions; USA-responds; Esquibel-replies; Court-questions; Esquibel continues; BREAK; Esquibel-continues; Court-findings; Esquibel-requests continuance; Court-continues hearing until Monday (if the recording comes back with evidence of the statements then the defense will not want to hold a hearing) BREAK Court-questions; Court takes the matter as a request for continuance, USA to provide the recordings to the defense and the court; Esquibel will file a response (No later than Tuesday, 5/6/25 close of business) and then the court will rule, if release will bring the parties in for a hearing; Esquibel would like it under seal; USA responds; Court-responds;

**Lafler/Frye**

| | |
|---|---|
| ☐ | Court finds defense counsel shared the plea offer with Defendant |
| ☐ | Court confirms that Defendant understands the offer, that Defendant discussed the offer with counsel, and that Defendant rejected the plea offer |
| ☐ | Court finds Defendant knowingly and voluntarily rejected plea offer |
| ☐ | A copy of the plea offer is attached to these minutes as a sealed exhibit |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Defendant remanded to custody of United States Marshal's Service | |
| ☐ | Conditions | |

**Other Ruling**

| | |
|---|---|
| ☐ | |