**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                                      Crim. No. 25-00879 JB

**HERIBERTO SALAZAR AMAYA**, *et al.*,

     Defendants.

**UNITED STATES' OPPOSED MOTION *IN LIMINE***
**REGARDING ADMINISTRATIVE DISCIPLINE**

The United States moves this Court to preclude Defendant Alex Anthony Martinez and his counsel from engaging in any attempt to impeach any witness with prior administrative disciplinary findings unless and until the Court has an opportunity to review such evidence to determine its admissibility.  Fed. R. Evid. 608(b) allows for evidence of specific instances of conduct to be inquired into on cross-examination if probative of truthfulness or untruthfulness at the discretion of the Court.  The United States asks that Defendant's counsel approach the bench before delving into such evidence, thereby allowing the Court to make the appropriate determination on admissibility.

The United States assumes opposition to this Motion.

                        Respectfully submitted,

                        RYAN ELLISON
                        United States Attorney

                        */s/ Electronically filed on July 17, 2025*
                        MATTHEW J. McGINLEY
                        ELAINE Y. RAMIREZ
                        BLAKE NICHOLS
                        RAQUEL RUIZ-VELEZ
                        Assistant United States Attorneys
                        201 3rd Street, Suite 900
                        Albuquerque, New Mexico 87102
                        (505) 346-7274

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 17, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

*/s/*
MATTHEW J. McGINLEY
Assistant United States Attorney