**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                                                    Crim. No. 25-00879 JB

**HERIBERTO SALAZAR AMAYA**, *et al*.,

     Defendants.

**UNITED STATES' OPPOSED**
**MOTION *IN LIMINE* REGARDING DEFENSE EXHIBITS**

The United States moves this Court to preclude Defendant Alex Anthony Martinez and his counsel from, while the jury is present, introducing any evidence, making any statement, or asking any questions regarding defense exhibits that have not previously been supplied to counsel for the United States. Federal Rule of Criminal Procedure 16(d)(2) provides in pertinent part:

> If at any time during the course of the proceedings it is brought to the attention of the court that a party has failed to comply with this rule, the court may ... prohibit the party from introducing evidence not disclosed, or it may enter such other order as it deems just under the circumstances.

Under both Rule 16 and the Discovery Order in this case, Defendant is required to provide reciprocal discovery to the government. To date, no reciprocal discovery from Defendant has been received by the United States.

The United States assumes opposition to this motion.

          Respectfully submitted,

          RYAN ELLISON
          United States Attorney

          */s/ Electronically filed on July 17, 2025*
          MATTHEW J. McGINLEY
          ELAINE Y. RAMIREZ
          BLAKE NICHOLS
          RAQUEL RUIZ-VELEZ
          Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

*/s/*
MATTHEW J. McGINLEY
Assistant United States Attorney