**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                      Crim. No. 25-00879 JB

**HERIBERTO SALAZAR AMAYA**, *et al.*,

     Defendants.

**UNITED STATES' OPPOSED MOTION *IN LIMINE*
REGARDING ALLEGATIONS OF MISCONDUCT**

The United States moves this Court to preclude Defendant Alex Anthony Martinez and his counsel from, while the jury is present, introducing any evidence, making any statement, or asking any questions regarding allegations of government misconduct or constitutional violations. Defendant should not be allowed to present allegations of government misconduct, constitutional violations, or any other issues to the jury because, *inter alia*, the probative value of such allegations would be substantially outweighed by the prejudice and jury confusion that such allegations would create. Fed. R. Evid. 401, 402 and 403.

Moreover, such allegations, if allowed before the jury, would run the risk of creating mini-trials about issues that are questions of law of which the jury should and will be wholly unaware, absent Defendant raising them. For this reason, evidence, testimony, questions, and argument regarding such allegations should be excluded.

The United States assumes opposition to this Motion.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*/s/ Electronically filed on July 17, 2025*
MATTHEW J. McGINLEY
ELAINE Y. RAMIREZ
BLAKE NICHOLS
RAQUEL RUIZ-VELEZ
Assistant United States Attorneys
201 3rd Street, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

*/s/*
MATTHEW J. McGINLEY
Assistant United States Attorney