# CERTIFICATE OF AUTHENTICITY

I, _Cheryl A. Jarvis_, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _Talton Communications Inc._ **[Name of Business]**, and that my official title is _Field Operations MGR_. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record of a true duplicate of the original record in the regularly conducted activity of the above business entity, and that I am the custodian of the attached records, consisting of _Twelve Zip File folders containing call records to download. Call detail report included also._ **[describe attached records and/or list number of page(s) attached].**

I further certify that:

A. All records attached to this Certificate were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

B. Such records were kept in the course of the regularly conducted business activity; and

C. Such records were made by the regularly conducted business activity as a regular practice.

I further state that this certification is intended to satisfy Rules 803(6) and 902(11) of the Federal Rules of Evidence.

_7/10/2025_
Date

_Cheryl A. Jarvis_
Signature

**GOVERNMENT EXHIBIT**

**1**