# CERTIFICATE OF AUTHENTICITY

I, _Cheryl A. Jarvis_, attest under penalties of

perjury (or criminal punishment for false statement or false attestation) that I am employed

by _Talton Communications Inc._ **[Name of Business]**, and that

my official title is _Field Operations MGR_. I am a custodian of

records for such business entity. I state that each of the records attached hereto is the original

record of a true duplicate of the original record in the regularly conducted activity of the above

business entity, and that I am the custodian of the attached records, consisting of
_Four Zip file folders Containing call records
to download including Call Detail Report._ **[describe attached records**

**and/or list number of page(s) attached].**

I further certify that:

      A.     All records attached to this Certificate were made at or near the time of the

occurrence of the matters set forth by, or from information transmitted by, a person with

knowledge of those matters;

      B.     Such records were kept in the course of the regularly conducted business

activity; and

      C.     Such records were made by the regularly conducted business activity as a

regular practice.

I further state that this certification is intended to satisfy Rules 803(6) and 902(11) of the

Federal Rules of Evidence.

_7/10/2025_
Date

_Cheryl A. Jarvis_
Signature

**GOVERNMENT EXHIBIT**

**2**