IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 25-cr-0879 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ALEX ANTHONY MARTINEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' WITNESS LIST

The United States of America submits this list of witnesses for trial in this matter.  The

United States reserves the right to supplement this list. [1]

Drug Enforcement Administration ("DEA")

1.  **Special Agent ("SA") Gillian Polinko**

2.  **SA David Zimmerman**

3.  Assistant Special Agent in Charge ("ASAC") Jeffrey Armijo

4.  Group Supervisor ("GS") Billy Baker

5.  **SA Justin Mason**

6.  SA Dominic Maldonado

7.  SA Trish Whelan

8.  Task Force Officer ("TFO") Lorenzo Herrera

9.  **TFO Christopher Peña**

---

[1] **The names in bold are those the United States anticipates calling to testify at trial against Defendant Alex Anthony Martinez.  Nonetheless, the United States reserves the right to call any of the witnesses listed herein at trial, should it deem necessary.**

10. TFO Erick Castaneda

11. **GS Christopher "Scott" Godier**

12. **SA Fernando Molina**

13. SA Kevin Mondragon

14. SA Collin Stradling

15. **TFO Tom Novicki**

16. **Acting GS Josh Belida**

17. SA Ian McKenzie-Wardell

18. SA Caleb Brown

19. SA Jennifer Hernandez

20. SA Jeff Simms

21. TFO Frank Chavez

22. TFO Clarence Davis

23. TFO Travis Chavez

24. TFO Kenny Schnakenberg

25. TFO Bryan Shields

26. GS Jeff Mauldin

27. SA Ronald Zach Sanders

28. TFO Eloy Montoya

29. TFO Sarah Martinez

30. SA Tim Piatt

31. SA Emmett Fritz

32. TFO Israel Rodriguez

**33.    Faron Segotta – Evidence Custodian**

**34.    Robert Carrejo**

35.    Resident Agent in Charge ("RAC") Sharon Jones

36.    SA Todd Hoagland

37.    SA Jeff Thomas

38.    TFO Geno Zuniga

39.    TFO RJ Smith

40.    SA Dave Klingman

41.    SA Teegan Hand

42.    SA William Chipain

43.    SA Kenny Bain

44.    TFO Ian Anderson

45.    GS Michael Swift

**46.    SA Gillian Hotchkiss**

**47.    SA Maguerite DeFranco**

48.    SA Ray Miramontes

49.    SA Toby Curry

50.    GS Enoch Smith

51.    TFO Jared Angell

52.    SA Jordan Pisano

53.    SA Nathanael Parker

54.    SA Eric Breyer

55.    TFO Jerom Bradbury

56. SA Geronimo Abrahao

57. TFO Daniel Weber

58. TFO Garber

59. TFO Grays

60. SA M. Downs

Internal Revenue Service ("IRS")

**61. SA Daryl Aragon**

Federal Bureau of Investigation ("FBI")

**62. SA Sean Macmanus**

63. SA Francisco Hurtado

64. SA Courtney Gale

65. SA Aran Marquis

66. SA Christine Zachry

67. SA Tyler Derderian

68. SSA Margaret Girard

69. SA Alexandra Rodriguez

70. SA Ryan Davis

71. SA Robert Balint

72. SA Jordan Spaeth

73. TFO Jerrod Pelot

74. TFO Andrew Feist

75. TFO Christopher Maestas

United States Marshals Service ("USMS")

**76.  Deputy United States Marshal ("DUSM") Raul Mojica**

77.  DUSM Michael Siebman

78.  DUSM Kevin Hinson

79.  DUSM Silas Zimmerman

80.  SDUSM Ben Segotta

81.  TFO Andrew Limon

82.  TFO Lorenzo Mora

83.  TFO Mitch Bengston

84.  TFO Cutter Pryde

**85.  DUSM Tyler Foster**

United States Probation and Pretrial Office

**86.  Probation Officer Jacob Gomez**

United States Department of Homeland Security

87.  Agent Menocal, Enforcement and Removal Operations

Bureau of Indian Affairs ("BIA")

88.  Nicholas Jackson

Isleta Police Department

89.  Sgt. Michael Huckeby

90.  Detective Tommy Romero

91.  Detective Nikki Lowe

92.  Detective Patrick Hein

Lea County Drug Task Force

93.    Commander David Ibarra

**94.    Deputy Commander Ysidoro Reyna**

95.    Agent Mickey Henderson

**96.    Agent Preston Hitchcock**

97.    Agent Andrew Lane

98.    Agent Timothy Budrow

Lea County Sheriff's Office

99.    Deputy Aaron Navarrette

100.    Deputy Clara Marquez

101.    Deputy James Lara

102.    Deputy Mara Goins

103.    Deputy William Able

Maricopa County Sheriff's Office

**104.    J. Clapper**

**105.    T. Clancy**

**106.    W. White**

**107.    D. Shabazz**

**108.    K. Doolan**

**109.    A. Cuozzo**

**110.    T. Helton**

**111.    M. Sollin**

**112.    F. Villegas Gonzales**

113. **A. Hernandez**

114. **K. Beasy**

115. **R. Imming**

116. **D. Durand**

117. **J. Cambra**

118. **B. Allmon**

119. **B. Samarripa**

120. **Z. Herrera**

121. **A. Tramundanas**

122. **J. Maitem**

123. **E. Sanchez**

124. **J. Cesolini**

125. **C. Rupert**

126. **T. Banuelos**

127. **A. Lawson**

128. **C. Tymeson**

129. **A. Hamad**

Phoenix Police Department

130. **Detective Bryan Benson**

Las Vegas Metropolitan Police Department

131. **Detective J. King Kaplan**

DEA South Central Laboratory

132. **Allison Krehbiel – Forensic Chemist**

133. **Kelsey Duxbury – Forensic Chemist**

134. **Taylor Clark – Forensic Chemist**

135. **Jay Hopenwasser – Forensic Chemist**

136. **Victor Bravenec – Forensic Chemist**

137. **Ramsin Michael – Forensic Chemist**

138. **Angela Cassidy – Forensic Chemist**

139. **Abby Minten – Forensic Chemist**

140. **Allison Anderson – Forensic Chemist**

141. **Mary Gay – Forensic Chemist**

142. **Kevin Roberson – Forensic Chemist**

143. **Paul Galat – Forensic Chemist**

144. **Taylor Clark – Forensic Chemist**

145. **Bradley Flemming – Forensic Chemist**

146. **Denise Williams – Forensic Chemist**

147. **Victor Bravenec – Forensic Chemist**

148. **Alexander Nguyen – Forensic Chemist**

149. **Forensic Chemist Genesis Claro – Forensic Chemist**

150. **Jasmine Gordon – Forensic Chemist**

151. **Brandon Wilson – Forensic Chemist**

152. **Aubrey Brink – Forensic Chemist**

153. **Xiu Liu – Forensic Chemist**

154. **Sariah Bahner – Forensic Chemist**

New Mexico Department of Public Safety Forensic Laboratories

**155. Matthias Strieker – Forensic Chemist**

Cooperators ("C")

**156. C 1**

**157. C 2**

**158. C 3**

**159. C 4**

Metlang

160. Aisha Fregoso – Linguist

161. Vanessa Padilla – Linguist

162. Justin Rojas – Linguist

163. Yared Torres – Linguist

164. Esteisy Escalera – Linguist

165. Mariajesus Rodriguez – Linguist

166. Kevin Gonzalez – Linguist

167. Liliana Loya-Cedillo – Linguist

168. Gael Moreno – Linguist

169. Janet Cruz – Linguist

170. Virginia Perez-Ortega – Linguist

171. Hector Astudillo Potes – Linguist

172. Dalia Ramirez – Linguist

173. Jose Orozco – Linguist

174. Jorge Melendez – Linguist

175.  Jorge Gandara – Linguist

176.  Nayelly Escarcega – Linguist

177.  Ricardo Arcibar – Linguist

Talton Communications Inc.

178.  Cheryl A. Jarvis – Custodian of Records

179.  PNM – Custodian of Records

180.  NM Gas Co. – Custodian of Records

Respectfully submitted,

RYAN ELLISON
United States Attorney

*Electronically filed 7/23/2025*
MATTHEW McGINLEY
ELAINE RAMIREZ
BLAKE NICHOLS
RAQUEL RUIZ-VELEZ
Assistant United States Attorneys
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
(505) 346-7296 fax

I HEREBY CERTIFY that on the 23rd
day of July, 2025 I filed the foregoing
pleading electronically through the CM/ECF
system, which caused counsel of record
to be served by electronic means on this date.
*/s/*
Raquel Ruiz-Velez
Assistant U.S. Attorney

10