THIRTEENTH JUDICIAL DISTRICT COURT
COUNTY OF VALENCIA
STATE OF NEW MEXICO

FILED IN MY
DISTRICT COURT

2010 MAR 24  PM 3:48

GERI LYNN SANCHEZ

BY_____DEPUTY

STATE OF NEW MEXICO,
                    Plaintiff,

vs.

NO:  **D-1314-CR-200900122**
DA#  VL 09 0559

**Alex Martinez,**
DOB:          1987
SSN:
STN:  Not Available
                    Defendant.

**GOVERNMENT
EXHIBIT
1**

## PLEA AND DISPOSITION AGREEMENT

The State of New Mexico and the defendant hereby agree to the following disposition of this case:

PLEA: The defendant agrees to plead **(guilty)** **(no contest)** to the following offense(s):

**Aggravated Fleeing a Law Enforcement Officer**, being Count I of the Criminal Information filed on the 16th day of April, 2009, a fourth degree felony offense occurring on or about the 5th day of April, 2009, contrary to NMSA 1978, Section 30-22-01.1.

TERMS: This Agreement is made subject to the following conditions:

1.    **No agreement as to sentence.**

There are no agreements as to sentencing. The maximum penalties for these charges are:

4th Degree Felony--18 months imprisonment and/or $5,000 fine.

2.    **Additional charges.**

The following charges will be dismissed, or if not yet filed, shall not be brought against the defendant: N/A

Page 1

U.S. v. Salazar Amaya, et al      PROTECTIVE ORDER                MARTINEZ-0074

3.    **Restitution.**

The defendant agrees to pay restitution as follows: As per APPO.

4.    **Effect on charging document.**

That this agreement, unless rejected or withdrawn, serves to amend the complaint, indictment, or information to charge the offense to which the defendant pleads, without the filing of any additional pleading. If the plea is rejected or withdrawn, the original charges are automatically reinstated.

5.    **Waiver of defenses and appeal.**

Unless this plea is rejected or withdrawn, the defendant hereby gives up any and all motions, defenses, objections or requests which he has made or raised, or could assert hereafter, to the court's entry of judgment and imposition of a sentence consistent with this agreement. The defendant waives the right to appeal the conviction that results from the entry of this plea agreement.

6.    **Withdrawal permitted if agreement is rejected.**

If after reviewing this agreement and pre-sentence report the court concludes that any of its provisions are unacceptable, the court will allow the withdrawal of the plea, and this agreement will be void. If the plea is withdrawn, neither the plea nor any statements arising out of the plea proceedings shall be admissible as evidence against the defendant in any criminal proceedings.

I understand that entry of this plea agreement may have an effect upon my immigration or naturalization status, and I acknowledge that, if I am represented by an attorney, my attorney has advised me of the immigration consequences of this plea agreement.

*(Domestic violence or felony cases only)* I understand that an entry of a plea for a crime of domestic violence or felony will affect my constitutional right to bear arms, including shipping, receiving, possessing or owning any firearm or ammunition, all of which are crimes punishable under federal law for a person convicted of domestic violence.

I understand that entry of this plea agreement may require me to register as a sex offender under the Sex Offender Registration and Notification Act and I acknowledge that, if I am represented by an attorney, my attorney has advised me of the requirement to register.

I have read and understand the above. I have discussed the case and my constitutional rights with my lawyer. I understand that by pleading (guilty (no contest) I will be giving up

Page 2

my right to a trial by jury, to confront, cross-examine, and compel the attendance of witnesses, and my privilege against self-incrimination.

I understand that if the court grants me probation, a suspended sentence, a deferred sentence or a <u>conditional discharge</u>, the terms and conditions thereof are subject to modification in the event that I violate any of the terms or conditions imposed.

3/24/10
Date

Alex Martínez
Defendant

## DEFENSE COUNSEL REVIEW

I have reviewed the plea and disposition agreement with my client. I have discussed this case with my client and I have advised my client of my client's constitutional rights and possible defenses.

3/24/10
Date

Randy Chavez
Defense Counsel

## PROSECUTOR REVIEW

I have reviewed and approve this plea and disposition agreement and find that is appropriate and consistent with the best interests of justice.

3/24/10
Date

Brett Parker
Assistant District Attorney

## DISTRICT COURT APPROVAL

The defendant personally appearing before me and I have concluded as follows:

1.      That the defendant understands the charges set forth in the information.

2.      That the defendant understands the range of possible sentences for the offenses charged, from probation to a maximum of:

Page 3

3. That the defendant understands the following constitutional rights which the defendant gives up by pleading (guilty)(no contest):

   a). The right to trial by jury, if any;

   b). The right to the assistance of an attorney at trial, and to an appointed attorney, to be furnished free of charge, if the defendant cannot afford one.

   c). The right to confront the witnesses against the defendant and to cross-examine them as to the truthfulness of their testimony.

   d). The right to present evidence on the defendant's own behalf, and to have the state compel witnesses of the defendant's choosing to appear and testify;

   e). The right to remain silent and to be presumed innocent until proven guilty beyond a reasonable doubt.

4. That the defendant wished to give up the constitutional rights of which the defendant has been advised.

5. That there exists a basis in fact for believing the defendant is (guilty) of committing the offenses charged and that an independent record for such factual basis has been made.

6. That the defendant and the prosecutor have entered into a plea agreement and that the defendant understands and consents to its terms.

7. That the plea is voluntary and not the result of force, threats or promises other than a plea agreement.

8. That under the circumstances, it is reasonable that the defendant plead (guilty) (no contest).

9. That the defendant understands that a conviction may have an effect upon the defendant's immigration or naturalization status and that, if the defendant is represented by counsel, the defendant has been advised by counsel of the immigration consequences of the plea.

Page 4

10.  That the defendant understands that a conviction may require the defendant to register as a sex offender under the Sex Offender Registration and Notification Act and that if the defendant is represented by counsel, the defendant has been advised by counsel of the requirement to register.

On the basis of these findings, I conclude that the defendant knowingly, voluntarily and intelligently pleads (guilty) (no contest) to the above charges and accepts such plea. These findings shall be made a part of the record in the above styled case.

Approved:

_____
Honorable John W. Pope
District Judge

I, Kevin Jaramillo, Clerk of the District Court of Valencia County, New Mexico, hereby certify that the foregoing is true, correct, and full copy of the instrument herewith set out as appears of record in my office.
Dated this _____ day of _____ JUL 14 2025 _____

Kevin Jaramillo
Kevin Jaramillo, Clerk of the District Court

By _____
                              Deputy

Page 5