Apr. 14. 2011 8:38AM    13th Judicial DA's Office Belen                No. 2550    P. 1

THIRTEENTH JUDICIAL DISTRICT COURT
COUNTY OF VALENCIA
STATE OF NEW MEXICO

FILED IN MY OFFICE
DISTRICT COURT CLERK

2011 MAY -5  PM 3: 52

STATE OF NEW MEXICO,
                    Plaintiff,

GERI LYNN SANCHEZ

BY_____DEPUTY

vs.

NO:   D-1314-CR-201000184
DA#  VL 10 0994(A)3

Alex Martinez,
DOB: ████ 1987
SSN: ████████
STN:  Not Available
                    Defendant.

**GOVERNMENT
EXHIBIT
3**

## PLEA AND DISPOSITION AGREEMENT

The State of New Mexico and the defendant hereby agree to the following disposition of this case:

PLEA: The defendant agrees to plead **guilty** to the following offense(s):

**Aggravated Battery (Great Bodily Harm) (Household Member)**, being Count 1 of the Grand Jury Indictment filed on the 10 day of June, 2010, a 3rd degree felony offense occurring on or about the 19 day of May 2010, contrary to NMSA 1978, Section 30-3-16C;

**False Imprisonment**, being Count 2 of the Grand Jury Indictment filed on the 10 day of June, 2010, a 4th degree felony offense occurring on or about the 19 day of May 2010, contrary to NMSA 1978, Section 30-4-3.

**Conspiracy (False Imprisonment)**, being Count 5 of the Grand Jury Indictment filed on the 10 day of June, 2010, a 4th degree felony offense occurring on or about the 19 day of May 2010, contrary to NMSA 1978, Sections 30-28-2 and 30-4-3.

TERMS: This Agreement is made subject to the following conditions:

1. **Agreement as to sentence.**

That the following disposition will be made of the charges:

Page 1

U.S. v. Salazar Amaya, et al    PROTECTIVE ORDER                MARTINEZ-0066

The defendant shall be sentenced, with the Court's approval, to incarceration for 3 years for count 1, 18 months for count 2 and 18 months for count 5, all of which will be run consecutive for a total of 6 years. The sentence shall be suspended and the Defendant will be on Supervised Probation for 5 years, the first year of which on either Intensive Supervised Probation or Community Corrections, with a GPS monitoring bracelet.

The Defendant will serve a one year mandatory **habitual offender** sentence on count 2, with pre-sentence confinement credit, admitting to being the same defendant in cause number D-1314-CR-200900122, who pled guilty to Aggravated Fleeing, a 4th degree felony, on March 24, 2010.

    a.    As to Count 1 of cause number D-1314-CR-201000184, Aggravated Battery (HHM) (GBH) is a statutorily defined "serious violent offense" for purposes of Section 33-02-34(L.)(4).

2.    **Additional charges.**

The following charges will be dismissed, or if not yet filed, shall not be brought against the defendant:

Count 3: **Interference with Communications**, a full misdemeanor, NMSA § 30-12-1;
Count 4: **Extortion**, 3rd degree felony, NMSA § 30-16-09;
Count 6: **Deprivation of Property(HHM)**, a full misdemeanor, NMSA § 30-3-18;
Count 7: **Theft of a Credit Card - Attempt**; a full misdemeanor, NMSA § 30-16-26, 30-28-01

The one year mandatory **habitual offender** sentence will be held in abeyance at initial sentencing only for counts 1 and 5.

3.    **Restitution.**

The defendant agrees to pay restitution as follows: as determined by APPO

4.    **Effect on charging document.**

That this agreement, unless rejected or withdrawn, serves to amend the complaint, indictment, or information to charge the offense to which the defendant pleads, without the filing of any additional pleading. If the plea is rejected or withdrawn, the original charges are automatically reinstated.

5. **Waiver of defenses and appeal.**

Page 2

U.S. v. Salazar Amaya, et al     PROTECTIVE ORDER                MARTINEZ-0067

Unless this plea is rejected or withdrawn, the defendant hereby gives up any and all motions, defenses, objections or requests which he has made or raised, or could assert hereafter, to the court's entry of judgment and imposition of a sentence consistent with this agreement. The defendant waives the right to appeal the conviction that results from the entry of this plea agreement.

## 6. Withdrawal permitted if agreement is rejected.

If after reviewing this agreement and pre-sentence report the court concludes that any of its provisions are unacceptable, the court will allow the withdrawal of the plea, and this agreement will be void. If the plea is withdrawn, neither the plea nor any statements arising out of the plea proceedings shall be admissible as evidence against the defendant in any criminal proceedings.

I understand that entry of this plea agreement may have an effect upon my immigration or naturalization status, and I acknowledge that, if I am represented by an attorney, my attorney has advised me of the immigration consequences of this plea agreement.

*(Domestic violence or felony cases only)* I understand that an entry of a plea for a crime of domestic violence or felony will affect my constitutional right to bear arms, including shipping, receiving, possessing or owning any firearm or ammunition, all of which are crimes punishable under federal law for a person convicted of domestic violence.

I understand that entry of this plea agreement may require me to register as a sex offender under the Sex Offender Registration and Notification Act and I acknowledge that, if I am represented by an attorney, my attorney has advised me of the requirement to register.

N/A

I have read and understand the above. I have discussed the case and my constitutional rights with my lawyer. I understand that by pleading guilty I will be giving up my right to a trial by jury, to confront, cross-examine, and compel the attendance of witnesses, and my privilege against self-incrimination.

I understand that if the court grants me probation, a suspended sentence, a deferred sentence or a conditional discharge, the terms and conditions thereof are subject to modification in the event that I violate any of the terms or conditions imposed.

8-4-11
Date

Alex Martinez
Defendant

Page 3

U.S. v. Salazar Amaya, et al     PROTECTIVE ORDER                    MARTINEZ-0068

## DEFENSE COUNSEL REVIEW

I have reviewed the plea and disposition agreement with my client.  I have discussed this case with my client and I have advised my client of my client's constitutional rights and possible defenses.

5/4/2011
Date

Joe Allred
Defense Counsel

## PROSECUTOR REVIEW

I have reviewed and approve this plea and disposition agreement and find that is appropriate and consistent with the best interests of justice.

Date

Alison Endicott-Quinones
Assistant District Attorney

## DISTRICT COURT APPROVAL

The defendant personally appearing before me and I have concluded as follows:

1.  That the defendant understands the charges set forth in the indictment.

2.  That the defendant understands the range of possible sentences for the offenses charged, from probation to a maximum of:

3.  That the defendant understands the following constitutional rights which the defendant gives up by pleading guilty:

   a).    The right to trial by jury, if any;

   b).    The right to the assistance of an attorney at trial, and to an appointed attorney, to be furnished free of charge, if the defendant cannot afford one.

   c).    The right to confront the witnesses against the

Page 4

U.S. v. Salazar Amaya, et al    PROTECTIVE ORDER    MARTINEZ-0069

defendant and to cross-examine them as to the truthfulness of their testimony.

d). The right to present evidence on the defendant's own behalf, and to have the state compel witnesses of the defendant's choosing to appear and testify;

e). The right to remain silent and to be presumed innocent until proven guilty beyond a reasonable doubt.

4. That the defendant wished to give up the constitutional rights of which the defendant has been advised.

5. That there exists a basis in fact for believing the defendant is guilty of committing the offenses charged and that an independent record for such factual basis has been made.

6. That the defendant and the prosecutor have entered into a plea agreement and that the defendant understands and consents to its terms.

7. That the plea is voluntary and not the result of force, threats or promises other than a plea agreement.

8. That under the circumstances, it is reasonable that the defendant plead guilty.

9. That the defendant understands that a conviction may have an effect upon the defendant's immigration or naturalization status and that, if the defendant is represented by counsel, the defendant has been advised by counsel of the immigration consequences of the plea.

10. That the defendant understands that a conviction may require the defendant to register as a sex offender under the Sex Offender Registration and Notification Act and that if the defendant is represented by counsel, the defendant has been advised by counsel of the requirement to register.

On the basis of these findings, I conclude that the defendant knowingly, voluntarily and intelligently pleads guilty to the above charges and accepts such plea. These findings shall be made a part of the record in the above styled case.

Page 5

U.S. v. Salazar Amaya, et al     PROTECTIVE ORDER                    MARTINEZ-0070

Approved:

Honorable John W. Pope
District Judge

I, Kevin Jaramillo, Clerk of the District Court of
Valencia County, New Mexico, hereby certify that the
foregoing is true, correct, and full copy of the instrument
herewith set out as appears of record in my office.
Dated this _____ day of _____ JUL 18 2025

**Kevin Jaramillo**
Kevin Jaramillo, Clerk of the District Court

By _____
                        Deputy