FILED IN MY OFFICE
SECOND JUDICIAL DISTRICT COURT
BERNALILLO COUNTY, NM
JAMES A. NOEL
9/27/2018 9:30 AM
VALERIA ENRIQUEZ

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

**STATE OF NEW MEXICO,**

        Plaintiff,

vs.

**ALEX MARTINEZ,**
        Defendant.

CR#: 2014-03476; 2014-02294; 2017-00964; 2018-01159

DA#:

**GOVERNMENT EXHIBIT 8**

DOB: ▉▉▉▉ 1987
SSN: ▉▉▉▉▉▉
FBI#:
Address:

- ☐ **CONDITIONAL DISCHARGE**
- ☐ **ORDER DEFERRING SENTENCE**
- ☒ **JUDGMENT, SENTENCE AND -**
  - ☐ **FULLY SUSPENDED SENTENCE**
  - ☑ **PARTIALLY SUSPENDED SENTENCE**
  - ☐ **COMMITMENT TO THE METROPOLITAN DETENTION CENTER**
  - ☐ **COMMITMENT TO THE N.M. DEPARTMENT OF CORRECTIONS**

THIS MATTER having come before the Honorable MARK MACARON, District Court Judge, on ___August 21___, 20 _18___, for sentencing, the State appearing and being represented by NICHOLAS M. MCDONNELL, Defendant appearing in person and represented by counsel of record, DANIEL SALAZAR, and Defendant having been convicted on ___August 21___, 20 _18___, of the following crimes pursuant to:

- ☐ Guilty Plea(s)
- ☐ Guilty Plea Pursuant to North Carolina v. Alford
- ☑ No Contest Plea(s)
- ☐ Verdict(s)
- ☐ Provisional Plea of Guilty subject to a Conditional Discharge

Defendant is hereby sentenced to the custody of the:

- ☐ **Bernalillo County Metropolitan Detention Center**
- ☐ **New Mexico Department of Corrections**

for the following term(s) of imprisonment:

| Case Number<br>2014-03476; 2014-02294; 2017-00964; 2018-01159 | Statute Number | Class<br>PM/M/F4/<br>F3/F2/F1 | State<br>Tracking<br>Number | Date Of<br>Offense | Serious<br>Violent<br>Offense<br>Y/N* | Charging Document<br>(Circle One) | |
|---|---|---|---|---|---|---|---|
| Count Number<br>1 in CR 2018-01159 | 30-22-27 | 3rd | | March 27, 2018 | N | (Indictment)<br>Information | |
| Offense Name<br>DISARMING A PEACE OFFICER | ☐ Conditional Discharge –STOP<br>☐ Deferred Sentence – STOP<br>☐ Sentence – Enter Sentence Data Below | | | Concurrent<br>to Counts | Consec-<br>utive to<br>Counts | Enhancement<br>Code (Circle)<br>FA O H HO | Parole<br>(Circle)<br>Y  N |
| | Years | Months | Days | | | | |
| | 3 | Ø | Ø | | 2 | Years | Years<br>2 |

| Case Number<br>2014-03476; 2014-02294; 2017-00964; 2018-01159 | Statute Number | Class<br>PM/M/F4/<br>F3/F2/F1 | State<br>Tracking<br>Number | Date Of<br>Offense | Serious<br>Violent<br>Offense<br>Y/N* | Charging Document<br>(Circle One) | |
|---|---|---|---|---|---|---|---|
| Count<br>2 in CR 2018-01159 | 30-22-25(B) | 4th | | March 27, 2018 | N | (Indictment)<br>Information | |
| Offense Name<br>AGGRAVATED BATTERY UPON A PEACE OFFICER (NO GREAT BODILY HARM) | ☐ Conditional Discharge –STOP<br>☐ Deferred Sentence – STOP<br>☐ Sentence – Enter Sentence Data Below | | | Concurrent<br>to Counts | Consec-<br>utive to<br>Counts | Enhancement<br>Code (Circle)<br>FA O H HO | Parole<br>(Circle)<br>Y  N |
| | Years | Months | Days | | | | |
| | Ø | 18 | Ø | | 1 | Years | Years<br>1 |

| Case Number<br>2014-03476; 2014-02294; 2017-00964; 2018-01159 | Statute Number | Class<br>PM/M/F4/<br>F3/F2/F1 | State<br>Tracking<br>Number | Date Of<br>Offense | Serious<br>Violent<br>Offense<br>Y/N | Charging Document<br>(Circle One) | |
|---|---|---|---|---|---|---|---|
| Count | | | | | | Indictment<br>Information | |
| Offense Name | ☐ Conditional Discharge –STOP<br>☐ Deferred Sentence – STOP<br>☐ Sentence – Enter Sentence Data Below | | | Concurrent<br>to Counts | Consec-<br>utive to<br>Counts | Enhancement<br>Code (Circle)<br>FA O H HO | Parole<br>(Circle)<br>Y  N |
| | Years | Months | Days | | | | |
| | | | | | | Years | Years |

Enhancements:  FA = Firearm,  O= Old Age,  H = Handicap, HO = Habitual Offender

* Applies to crimes committed after July 1, 1999. See below for any special enumerations required for this status.

SENTENCE SPECIFICS:

☐ Enumeration of Discretionary Special Violent Offender or Aggravation Findings for Count(s) _____.

_____

_____

_____

☒ Total Sentence of **4** years, **6** months, **∅** days.   to run consecutive to
☒ Consecutive to the sentence imposed in Case Number   the PV sentence in
☐ Concurrent to the sentence imposed in Case Number   CR 2014-03476
and CR 2014-02294

☐ Actual Term of Incarceration.   Defendant is to be incarcerated for
_____ years, _____ months, _____ days in
  ☐ New Mexico Corrections Department
  ☐ Metropolitan Detention Center
      ☐ MDC Good Time   ☐ Authorized   ☐ Not authorized
      ☐ Community Custody Program (CCP) ☐ Authorized ☐ Ordered

SENTENCE FORM
☒ Suspended Sentence **4** years, **6** months, **∅** days of the total sentence is suspended.

☐ Deferred Sentence   Sentence is deferred for _____ years, _____ months _____ days.

☐ Conditional Discharge. Without adjudication of guilt, further proceedings are deferred for _____ years, _____ months, _____ days pursuant to:
    ☐ NMSA §31-20-13
    ☐ NMSA §30-31-28 (Controlled Substances Act; only for violations of §30-31-23)

PAROLE
☒ Defendant, if imprisoned at any time in the New Mexico Corrections Department, shall be placed on **parole** for **2** year(s) after release and be required to pay parole costs. (1 year for 4th degree felonies; 2 years for all other felonies)

PROBATION
☒ Probation.   Probation term of **3** years, **∅** months **∅** days
    ☒ Supervised converting to unsupervised after 18 months of
    ☐ Unsupervised   supervised with NO violations

☐ No Probation.

## PROBATION CONDITIONS:

**In addition to all standard conditions of probation**

☒ **Defendant Shall Obtain and Maintain Full-time Employment** (30 hours/week or more), or full-time education, or a combination of employment and education.

☒ **Defendant Shall Enter, Attend, and Successfully Complete Counseling/Treatment Program(s)** as required by the plea and disposition agreement and/or as recommended by probation authorities. These may include but are not limited to
☐ Alcohol/Substance Abuse Treatment
☐ Anger/Conflict Management
☐ Domestic Violence Counseling
☐ Victim Impact Program
☐ DWI First Offenders Program through the
**METROPOLITAN COURT**

☒ **Defendant Shall Not Have or Use Any**
☒ **Illegal Drugs Nor** ☒ **Alcoholic Beverages**
nor enter or remain in any tavern, bar, or lounge.
☒ **Random Urinalysis**

☐ **Defendant Shall Perform Community Service** in a program/facility approved by probation authority. The following are mandatory; _____
_____ 1st DWI 24 hours;
_____ 2nd DWI 48 hours;
_____ 3rd DWI 96 hours

☐ **Defendant Shall Not Drive Without a Valid New Mexico Driver's License and Insurance.**

☐ **Alcohol Screening Is Ordered** 66-8-102E & K

☐ **Defendant Shall Install an Interlock Device In Every Vehicle To Which Defendant Has Access**

☒ **Defendant Shall Pay Restitution**
☐ in the amount of $_____
**OR**
☒ as determined by probation authorities
*ability to pay*

☐ **Defendant Shall Not Have Contact or Association with Any Street Gangs or their members.**

☐ **Defendant Shall Not Have Contact or Association with Co-Defendants**_____
_____
_____

☐ **Defendant Shall Not Have Contact with Victim(s) or Family(ies) of Victim(s).** Defendant shall not contact in person, by phone, or through anyone other than Defendant's probation officer or attorney any of the following persons or their families:_____
_____
_____

☐ **Defendant Shall Not Go to or Within** _____
_____
of above named persons or their families residences or work places.

☐ **Defendant Shall Not Go to or Remain in Any of the Following Areas** or neighborhoods except when physically accompanied by a police or probation officer:_____
_____
_____

☐ **Defendant Shall Register as a Sex Offender** pursuant to section NMSA 1978 §29-11A-1, *et seq.*, as amended.
☐ **Crime stopper Donation** of $ _____ .
☐ **Defendant Shall Not Possess Weapons**
☐ **STEPS** Program

Special Conditions of probation as Follows:_____
_____
_____
_____
_____

**PROBATION COSTS:**
☐ Probation Costs shall be waived.
☐ Probation Costs shall be determined by the probation office based on ability to pay.
☐ Defendant shall pay $ _____ per month.
☒ Probation costs shall be waived for any month that Defendant is paying for:
　☒ Treatment
　☐ Restitution
　☒ Counseling
　☐ Other

**FEES & FINES**
Defendant must pay the following:

☐ Controlled Substance Fee $75. §31-12-8
☒ DNA Fee of $100 and provide DNA sample as directed.§29-16-11 & §29-3-10
☒ Domestic Violence Fund Fee of $5.00. §31-12-11A
☒ Crime Victim Reparation Fee §31-12-13
　　☒ Felony - $75　　　☐ Misdemeanor - $50

DWI Offenses:
　　☐ Chemical/Other Testing Fee of $85.§31-12-7A
　　☐ Comprehensive Community Corrections Fee of $75.§31-12-7B
　　☐ Subsequent Offense Mandatory Fine §66-8-102F
　　　　☐ 2ⁿᵈ Offense:$500　☐ 3ʳᵈ Offense:$750

☐ _____

**PRE-SENTENCE CONFINEMENT CREDIT**
Pre-sentence confinement credit in the amount of __147__ days is awarded as of this date, and post-sentence confinement credit until transported to the Corrections is also awarded if Defendant is imprisoned at any time pursuant to the above conviction(s). The Defendant shall not receive pre-sentence confinement credit towards any period of probation. *which was credited to time served in PV for CR 14-03476 and CR 19-02294*

**DISMISSAL OF REMAINING CHARGES**
☐ Counts 3 in CR 2018-01159 and CR 2017-00964 ~~of CR 2014-03476; 2014-02294; 2017-00964; 2018-01159 will be dismissed~~

CERTIFIED AS A TRUE AND CORRECT COPY
OF THE ORIGINAL FILED IN MY OFFICE.
Clerk of the District Court.

By _____ Date: 7/18/25
Deputy Clerk

District Judge: MARK MACARON *FOR* PRO-TEM
Division:

*electronic approval 9/13/18*

DANIEL SALAZAR

Albuquerque, NM
(505)

NICHOLAS M. MCDONNELL
520 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 222-1099