FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 8 2026

ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25-879 JB |
| | ) | |
| vs. | ) | 18 U.S.C. § 924(c)(1)(A)(i): Possessing a |
| | ) | Firearm in Furtherance of a Drug |
| **ROBERTA HERRERA,** | ) | Trafficking Crime. |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States charges:

On or about April 28, 2025, in Bernalillo County, in the District of New Mexico, the defendant, ROBERTA HERRERA, knowingly possessed a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) as charged in Count 17 of the second superseding indictment.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, ROBERTA HERRERA, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to:

a. $348,306 in U.S. Currency;

b. Glock 43X 9mm pistol, serial number B2NK859, with an inserted magazine containing 10 rounds of 9mm ammunition;

c. Smith & Wesson M&P 2.0 10mm pistol, serial number NMV8695, with an inserted magazine containing 12 rounds of 10mm ammunition;

d. Kimber Micro 9mm pistol, serial number PB0238281, with an inserted magazine; and

e. Ruger SP101 .357 caliber magnum revolver, serial number 578-46105, with approximately 30 rounds of .357 caliber ammunition;

f. Smith & Wesson 9mm pistol, serial number HXP8229, with an inserted magazine containing 14 rounds of 9mm ammunition;

g. Colt .22 caliber pistol, serial number PH36149, with an inserted magazine containing nine rounds of .22 caliber ammunition;

h. 9mm pistol with no serial number, comprised of a Polymer80 brand polymer lower (model number PF940v2) and a 9mm upper, with an inserted magazine containing 17 rounds of 9mm ammunition;

i. Bryco Arms Jennings Nine 9mm pistol, serial number 1413813;

j. Hi-Point Model C9 9mm pistol, serial P1698087, with an inserted magazine containing five rounds of 9mm ammunition;

k. Ruger LC9 9mm pistol, serial number 25-2358, with an inserted magazine containing three rounds of 9mm ammunition;

l. Ruger American 9mm pistol, serial number 860-08862, with an inserted magazine containing seven rounds of 9mm ammunition;

m. Diamondback DB 380 .380 caliber pistol, serial number ZH8484;

n. Iver Johnson Target 55A .22 caliber revolver, serial number H44606;

o. Connecticut Valley Arms .50 caliber muzzleloader black powder pistol, no serial number;

p. KelTec Sub2000 9mm pistol carbine, serial number 07401;

q. Black and tan colored AR-style pistol, chambered in 5.56x45mm, with no serial number;

r. Canik SFx Rival 9mm pistol, serial number T6472-22CM 30658, with inserted magazine;

s. Smith & Wesson M&P Shield .40 caliber pistol, serial number JDV5702, with inserted magazine containing three rounds of .40 caliber ammunition;

t. Intratec TEC-9 9mm pistol carbine, serial number 02015;

u. Smith & Wesson M&P FPC 9mm pistol carbine, serial number VA28030;

v. Springfield Armory Hellcat 9mm pistol, serial number BY388646, with inserted magazine containing four rounds of 9mm ammunition; and

w. 9mm pistol comprised of a Glock lower with serial number BKZC204 and a non-Glock upper slide with no serial number, with an inserted magazine containing six rounds of 9mm ammunition;

x. Ruger EC9S 9mm pistol, serial number 458-63348, with an inserted magazine containing six rounds of 9mm ammunition; and

y. 9mm fully automatic pistol comprised of a Glock lower with serial number BUXP852 and a Grey Ghost Precision upper slide with no serial number and an installed machinegun conversion device, with an inserted extended magazine containing 32 rounds of 9mm ammunition.

Upon conviction of any offense in violation of 18 U.S.C. § 924(c), the defendant, ROBERTA HERRERA, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a. $348,306 in U.S. Currency;

b. Glock 43X 9mm pistol, serial number B2NK859, with an inserted magazine containing 10 rounds of 9mm ammunition;

c. Smith & Wesson M&P 2.0 10mm pistol, serial number NMV8695, with an inserted magazine containing 12 rounds of 10mm ammunition;

d. Kimber Micro 9mm pistol, serial number PB0238281, with an inserted magazine; and

e. Ruger SP101 .357 caliber magnum revolver, serial number 578-46105, with approximately 30 rounds of .357 caliber ammunition;

f. Smith & Wesson 9mm pistol, serial number HXP8229, with an inserted magazine containing 14 rounds of 9mm ammunition;

g. Colt .22 caliber pistol, serial number PH36149, with an inserted magazine containing nine rounds of .22 caliber ammunition;

h. 9mm pistol with no serial number, comprised of a Polymer80 brand polymer lower (model number PF940v2) and a 9mm upper, with an inserted magazine containing 17 rounds of 9mm ammunition;

i. Bryco Arms Jennings Nine 9mm pistol, serial number 1413813;

j. Hi-Point Model C9 9mm pistol, serial P1698087, with an inserted magazine containing five rounds of 9mm ammunition;

k. Ruger LC9 9mm pistol, serial number 25-2358, with an inserted magazine containing three rounds of 9mm ammunition;

l. Ruger American 9mm pistol, serial number 860-08862, with an inserted magazine containing seven rounds of 9mm ammunition;

m. Diamondback DB 380 .380 caliber pistol, serial number ZH8484;

n. Iver Johnson Target 55A .22 caliber revolver, serial number H44606;

o. Connecticut Valley Arms .50 caliber muzzleloader black powder pistol, no serial number;

p. KelTec Sub2000 9mm pistol carbine, serial number 07401;

q. Black and tan colored AR-style pistol, chambered in 5.56x45mm, with no serial number;

r. Canik SFx Rival 9mm pistol, serial number T6472-22CM 30658, with inserted magazine;

s. Smith & Wesson M&P Shield .40 caliber pistol, serial number JDV5702, with inserted magazine containing three rounds of .40 caliber ammunition;

t. Intratec TEC-9 9mm pistol carbine, serial number 02015;

u. Smith & Wesson M&P FPC 9mm pistol carbine, serial number VA28030;

v. Springfield Armory Hellcat 9mm pistol, serial number BY388646, with inserted magazine containing four rounds of 9mm ammunition; and

w. 9mm pistol comprised of a Glock lower with serial number BKZC204 and a non-Glock upper slide with no serial number, with an inserted magazine containing six rounds of 9mm ammunition;

x. Ruger EC9S 9mm pistol, serial number 458-63348, with an inserted magazine containing six rounds of 9mm ammunition; and

y. 9mm fully automatic pistol comprised of a Glock lower with serial number BUXP852 and a Grey Ghost Precision upper slide with no serial number and an installed machinegun conversion device, with an inserted extended magazine containing 32 rounds of 9mm ammunition.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

RYAN ELLISON
First Assistant United States Attorney

Elaine Y. Ramirez
ELAINE Y. RAMIREZ
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
(505) 346-7296 fax