**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            No. CR 25-00879 JB

CESAR ACUNA MORENO,

    Defendant.

**DEFENDANT CESAR ACUNA MORENO'S UNOPPOSED MOTION TO CONTINUE July 13, 2026, SENTENCING HEARING**

Defendant Cesar Acuna Moreno, by and through undersigned counsel, moves the court to vacate the currently scheduled sentencing hearing and to continue the sentencing at least 60 days. The defendant requires more time to complete preparations for sentencing. Not all information necessary for sentencing is available to the parties. In further support of this motion, Mr. Moreno states:

**BACKGROUND**

1.      On July 18, 2025, Defendant pleaded guilty to continuing criminal enterprise in violation of 21 U.S.C. § 848, conspiracy to distribute 400 grams and more of a mixture and substance containing fentanyl, in violation of 21 U.S.C. § 846, multiple counts of distribution of a mixture and substance containing fentanyl, Methamphetamine, and heroin, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A), and possession with intent to distribute a mixture and substance containing a detectable amount of cocaine in violation of U.S.C. §§841(a)(1) and (b)(1)(C). *See* Doc. 348.

2.      The PSR has been disclosed.

3.      The parties do not yet have the information necessary to complete sentencing memoranda.

4.      Given the types of sentences implicated by the PSR, and the complex nature of the proceeding, Mr. Moreno requests that the Court continue the sentencing hearing to allow sufficient time to review all relevant documents and prepare for sentencing.

5.      Because Mr. Moreno faces a mandatory minimum sentence and is currently receiving credit for all time served up until sentencing, an extension of time and continuance of sentencing is appropriate to allow for thorough preparation.

6.      The United States has been consulted and does not oppose this motion.

WHEREFORE, Defendant Cesar Acuna Moreno respectfully requests that his sentencing hearing currently set for July 13, 2026, be vacated and continued by at least 60 days.

Respectfully Submitted,

**LAW OFFICES OF MARSHALL J. RAY, LLC**
/s/ Marshall J. Ray
Marshall J. Ray
514 Marble Ave NW
Albuquerque, NM 87102
(505) 312-7598

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served to all interested parties via the CM/ECF system on this 3rd day of July 2026.

/s/ *electronically filed*

Marshall J. Ray