**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. CR 25-0879 JB

BRUCE SEDILLO,

Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING**

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Continue Sentencing; the Court having reviewed said Motion and having been informed the Government has no objection; the Court having otherwise been fully informed herein and having determined the Unopposed Motion is well-taken and should be granted:

THE COURT HEREBY FINDS that continuance of the August 20, 2026, sentencing in this matter is reasonable and necessary and is not based on the Court's docket;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the sentencing hearing in this matter is hereby vacated and will be reset at a later date.

UNITED STATES DISTRICT JUDGE