**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIM. NO. 1:25-CR-00879-JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **HERIBERTO SALAZAR-AMAYA, et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' SECOND AMENDED WITNESS LIST**[1]

The United States of America submits this list of witnesses for trial in this matter. The United States reserves the right to supplement this list.

**Drug Enforcement Administration ("DEA")**

1. Special Agent ("SA") Gillian Polinko
2. SA David Zimmerman
3. Assistant Special Agent in Charge ("ASAC") Jeffrey Armijo
4. Group Supervisor ("GS") Billy Baker
5. SA Justin Mason
6. SA Dominic Maldonado
7. SA Trish Whelan
8. Task Force Officer ("TFO") Lorenzo Herrera
9. TFO Christopher Peña

[1] The United States initially filed its witness list on July 12, 2025. Doc. 319. That list was amended and filed anew on July 19, 2025. Doc. 403. Specific witness lists for the trial against Alex Anthony Martinez were thereafter filed on July 23, 2025, Doc, 434, and July 25, 2026, Doc. 443. Witnesses not identified on previous lists are highlighted below.

10. TFO Erick Castaneda
11. GS Christopher "Scott" Godier
12. SA Fernando Molina
13. SA Kevin Mondragon
14. SA Collin Stradling
15. TFO Tom Novicki
16. Acting GS Josh Belida
17. SA Ian McKenzie-Wardell
18. SA Caleb Brown
19. SA Jennifer Hernandez
20. SA Jeff Simms
21. TFO Frank Chavez
22. TFO Clarence Davis
23. TFO Travis Chavez
24. TFO Kenny Schnakenberg
25. TFO Bryan Shields
26. GS Jeff Mauldin
27. SA Ronald Zach Sanders
28. TFO Eloy Montoya
29. TFO Sarah Martinez
30. SA Tim Piatt
31. SA Emmett Fritz
32. TFO Israel Rodriguez

33. Faron Segotta – Evidence Custodian
34. Robert Carrejo
35. Resident Agent in Charge ("RAC") Sharon Jones
36. SA Todd Hoagland
37. SA Jeff Thomas
38. TFO Geno Zuniga
39. TFO RJ Smith
40. SA Dave Klingman
41. SA Teegan Hand
42. SA William Chipain
43. SA Kenny Bain
44. TFO Ian Anderson
45. GS Michael Swift
46. SA Gillian Hotchkiss
47. SA Maguerite DeFranco
48. SA Ray Miramontes
49. SA Toby Curry
50. GS Enoch Smith
51. TFO Jared Angell
52. SA Jordan Pisano
53. SA Nathanael Parker
54. SA Eric Breyer
55. TFO Jerom Bradbury

56. SA Geronimo Abrahao
57. TFO Daniel Weber
58. TFO Garber
59. TFO Grays
60. SA M. Downs
61. TFO Chad Lucero

**<u>Internal Revenue Service (“IRS”)</u>**

62. SA Daryl Aragon

**<u>Federal Bureau of Investigation (“FBI”)</u>**

63. SA Sean Macmanus
64. SA Francisco Hurtado
65. SA Courtney Gale
66. SA Aran Marquis
67. SA Christine Zachry
68. SA Tyler Derderian
69. SSA Margaret Girard
70. SA Alexandra Rodriguez
71. SA Ryan Davis
72. SA Robert Balint
73. SA Jordan Spaeth
74. TFO Jerrod Pelot
75. TFO Andrew Feist
76. TFO Christopher Maestas

**United States Marshals Service ("USMS")**

77. Deputy United States Marshal ("DUSM") Raul Mojica
78. DUSM Michael Siebman
79. DUSM Kevin Hinson
80. DUSM Silas Zimmerman
81. SDUSM Ben Segotta
82. TFO Andrew Limon
83. TFO Lorenzo Mora
84. TFO Mitch Bengston
85. TFO Cutter Pryde
86. DUSM Tyler Foster

**United States Department of Homeland Security**

87. Agent Menocal, Enforcement and Removal Operations

**Bureau of Indian Affairs ("BIA")**

88. Nicholas Jackson

**Isleta Police Department**

89. Detective Tommy Romero
90. Detective Nikki Lowe
91. Detective Patrick Hein

**Village of Cuba Police Department**

92. Chief Michael Huckeby

**Lea County Drug Task Force**

93. Commander David Ibarra
94. Deputy Commander Ysidoro Reyna
95. Agent Mickey Henderson
96. Agent Preston Hitchcock
97. Agent Andrew Lane
98. Agent Timothy Budrow

**Lea County Sheriff's Office**

99. Deputy Aaron Navarrette
100. Deputy Clara Marquez
101. Deputy James Lara
102. Deputy Mara Goins
103. Deputy William Able

**Maricopa County Sheriff's Office**

104. J. Clapper
105. T. Clancy
106. W. White
107. D. Shabazz
108. K. Doolan
109. A. Cuozzo
110. T. Helton
111. M. Sollin
112. F. Villegas Gonzales
113. A. Hernandez

114. K. Beasy

115. R. Imming

116. D. Durand

117. J. Cambra

118. B. Allmon

119. B. Samarripa

120. Z. Herrera

121. A. Tramundanas

122. J. Maitem

123. E. Sanchez

124. J. Cesolini

125. C. Rupert

126. T. Banuelos

127. A. Lawson

128. C. Tymeson

129. A. Hamad

**Phoenix Police Department**

130. Detective Bryan Benson

**Las Vegas Metropolitan Police Department**

131. Detective J. King Kaplan

**Douglas County Colorado Sheriff's Office**

132. Deputy Ian Genevish

133. Deputy John Hady

134. Sgt. Bradley Proulx

135. Detective John Knoth

136. Detective Justin Ruisi

137. Detective Michael Doyle

138. Detective Ryan Shinn

139. Detective Ryan White

**DEA South Central Laboratory**

140. Allison Krehbiel – Forensic Chemist

141. Kelsey Duxbury – Forensic Chemist

142. Taylor Clark – Forensic Chemist

143. Jay Hopenwasser – Forensic Chemist

144. Victor Bravenec – Forensic Chemist

145. Ramsin Michael – Forensic Chemist

146. Angela Cassidy – Forensic Chemist

147. Abby Minten – Forensic Chemist

148. Allison Anderson – Forensic Chemist

149. Mary Gay – Forensic Chemist

150. Kevin Roberson – Forensic Chemist

151. Paul Galat – Forensic Chemist

152. Taylor Clark – Forensic Chemist

153. Bradley Flemming – Forensic Chemist

154. Denise Williams – Forensic Chemist

155. Victor Bravenec – Forensic Chemist

156. Alexander Nguyen – Forensic Chemist

157. Genesis Claro – Forensic Chemist

158. Jasmine Gordon – Forensic Chemist

159. Brandon Wilson – Forensic Chemist

160. Aubrey Brink – Forensic Chemist

161. Xiu Liu – Forensic Chemist

162. Sariah Bahner – Forensic Chemist

**DEA Southwest Laboratory**

163. William K. Langston – Forensic Chemist

164. Rochelle A. Hranac – Forensic Chemist

165. Michael M. Brousseau – Forensic Chemist

166. Sergio A. Solis – Fingerprint Specialist

**New Mexico Department of Public Safety Forensic Laboratories**

167. Matthias Strieker – Forensic Chemist

**Cooperators (“C”)**[2]

168. C 1

169. C 2

170. C 3

171. C 4

172. C 5

173. C 6

174. C 7

[2] If the United States calls these witnesses in its case-in-chief, it will disclose their identities to opposing counsel via email before trial.

**<u>Metlang</u>**

175. Aisha Fregoso – Linguist

176. Vanessa Padilla – Linguist

177. Justin Rojas – Linguist

178. Yared Torres – Linguist

179. Esteisy Escalera – Linguist

180. Mariajesus Rodriguez – Linguist

181. Kevin Gonzalez – Linguist

182. Liliana Loya-Cedillo – Linguist

183. Gael Moreno – Linguist

184. Janet Cruz – Linguist

185. Virginia Perez-Ortega – Linguist

186. Hector Astudillo Potes – Linguist

187. Dalia Ramirez – Linguist

188. Jose Orozco – Linguist

189. Jorge Melendez – Linguist

190. Jorge Gandara – Linguist

191. Nayelly Escarcega – Linguist

192. Ricardo Arcibar – Linguist

**<u>Talton Communications Inc.</u>**

193. Cheryl A. Jarvis – Custodian of Records

**<u>Public Service Company of New Mexico</u>**

194. PNM – Custodian of Records

**New Mexico Gas Company**

195. NM Gas Co. – Custodian of Records

**Extra Space Storage**

196. Custodian of Records

**Five Star Storage**

197. Custodian of Records

**Secure Care Self Storage**

198. Custodian of Records

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

*Electronically filed August 5, 2026*
ELAINE Y. RAMÍREZ
RAQUEL RUIZ-VELEZ
DAVID HIRSCH
BLAKE NICHOLS
Assistant United States Attorneys
201 3rd St. NW, Suite 900
Albuquerque, NM 87102
(505) 224-1473

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I filed the foregoing document electronically through the CM/ECF system, which caused counsel for the defendants to be served by electronic means.

*Electronically filed August 5, 2026*
BLAKE NICHOLS
Assistant United States Attorney