FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 14 2026
ERIK PALTROW
CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v.

No. CR 25-0879 JB

HERIBERTO SALZAR-AMAYA et al,

Defendants.

**ORDER GRANTING JOINT AND UNOPPOSED MOTION TO EXTEND TRIAL AND ACCOMPANYING DEADLINES**

This matter is before the court on defendants Joint and Unopposed Motion to Continue. There being good cause shown by the Defendant and there being no objection by the government, the court finds the motion is well taken and should be granted.

IT IS HEREBY ORDERED that the jury trial currently scheduled for August 24, 2026, is continued and will be rescheduled.

Additionally, the Court finds that a continuance is necessary for the following reasons:

A) To prepare any necessary pretrial motions.

B) To continue plea negotiations with the government. It is believed that a negotiated resolution of this matter may be possible, and that additional time is necessary to pursue such negotiations.

C) Should plea negotiations not yield a resolution, defense counsel requires additional time to a) interview any additional witnesses; b) to complete work with expert witnesses for trial: and c) to file pretrial motions.

The Court finds that the ends of justice will be served by granting this extension of time in which to file motions and a continuance of the trial. *See United States v. Hernandez-Mejia,* 406 Fed.

App'x. 330, 338 (10th Cir.2011)("The Speedy Trial Act was intended not only to protect the interests of defendants but was also ' designed with the public interest firmly in mind.'")(quoting *United States v. Toombs*, 574 F.3d 1262, 1273 (10th Cir. 2009)). Additional time will allow the defense time to thoroughly review all the discovery in this matter and to conduct any necessary investigation. Additionally, a continuance of the deadlines and jury trial in this matter will provide the parties time to discuss a possible negotiated resolution of this matter. Such a negotiated resolution would conserve judicial and prosecutorial resources and could also materially benefit the defendant providing him access to a more favorable resolution in this matter. This motion is not predicated upon the congestion of the Court's docket. *See United States v. Hernandez-Mejia,* 406 Fed. App'x 330, 338 (10th Cir. 2011)("The Speedy Trial Act was intended not only to protect the interest of defendants but was also 'designed with the public interest in mind.'")(quoting *United States v. Toombs,* 574 F.3d 1262, 1273 (10th Cir.2009)).

James O. Browning
UNITED STATES DISTRICT JUDGE

Submitted by:
Susan Burgess-Farrell

After weighing the best interests of the public and of the Defendants with the ends of justice, the Court finds that granting a continuance will strike a proper balance between the ends of justice and the best interests of the public and of the Defendants for the reasons stated in the motion requesting a continuance, filed July 23, 2026 (Doc. 766). Specifically, the Defendants' need to discuss the filing of any pre-trial motions, and to discuss possible plea negotiations with their counsel, outweighs the Defendants and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7). The Court will set the trial for November 6, 2026. The pretrial motion deadline is Oct. 26, 2026. This 74 day continuance is sufficient, without being greater than necessary, for the Defendant to complete the tasks set forth in the motion to continue.

8/13/26